**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward Ray SMITH, Defendant–
Appellant.**

**No. 01–7915.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Edward Ray Smith, Appellant Pro Se. S. David Schiller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Edward Ray Smith seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith,* Nos. CR–97–347; CA–00–252 (E.D.Va. Oct. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*